IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JARREAU A. AYERS,

Plaintiff,

v.

: Civ. No. 19-1738-LPS

DELAWARE DEPARTMENT OF JUSTICE, et al.,

Defendants.

**MEMORANDUM ORDER**

At Wilmington, this 22nd day of July, 2021, having considered Plaintiff's renewed requests for counsel, motion for an extension of time to respond to Defendants' motion to dismiss, and motion for a copy of documents (D.I. 33);

IT IS ORDERED that:

1. Plaintiff's request for counsel is DENIED without prejudice to renew for the reasons set forth in the Court's June 21, 2021 Memorandum Order. (*See* D.I. 30)

2. Plaintiff's motion for copies of Defendants' motion to dismiss and opening brief is DENIED as moot, the documents having been provided to Plaintiff.

3. Plaintiff's motion for an extension of time is GRANTED and he shall file a response to Defendants' motion to dismiss on or before **August 23, 2021**. Defendants may file a reply, if any, on or before **August 31, 2021**. Plaintiff is placed on notice that his failure to timely file a response to the motion to dismiss will result in dismissal of the case. There will be no further extensions

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE