## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JARREAU A. AYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | )   C.A. No.: 19-1738-JLH |
| v. | ) |
| | ) |
| MARC RICHMAN, VINCENT CARR, | ) |
| and CHRISTOPHER MOEN, | ) |
| Defendants. | ) |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO DEPOSE PLAINTIFF

Defendants Marc Richman and Vincent Carr (collectively "Defendants"), by and through their undersigned counsel, hereby move this Honorable Court for entry of an Order granting Defendants' counsel leave to depose Plaintiff Jarreau Ayers ("Plaintiff'), an incarcerated individual. In support of this Motion, Defendants submit the following:

1. Plaintiff is an inmate incarcerated at SCI Camp Hill located in Camp Hill, Pennsylvania.

2. Counsel for Defendants wishes to depose Plaintiff as part of discovery in this case.

3. Federal Rules of Civil Procedure 30(a)(2)(B) requires leave from the Court to depose an incarcerated individual.

4. The Court issued a scheduling order directing the parties to complete discovery within the time frame provided by the Court. (D.I. 148)

5. The parties submitted a stipulation to extend discovery until May 5, 2025, which this Court granted. (D.I. 154, 155)

6. The parties have submitted a second stipulation to extend discovery until 30 days from the date of the Court's order on the instant motion to allow Defendants to depose Plaintiff.

7. Counsel for Plaintiff has indicated that he does not oppose this request.

Wherefore, Defendants respectfully request that this Honorable Court grant leave to depose Plaintiff.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        */s/ Colleen E. Durkin*
        Colleen E. Durkin (#5886)
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        *Attorney for Defendants Marc Richman and Vincent Carr*

Dated: May 14, 2025

SO ORDERED this 15th day of May, 2025

        _____
        The Honorable Jennifer L. Hall
        United States District Judge