# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JARREAU A. AYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 19-1738-JLH |
| v. | ) |
| | ) |
| MARC RICHMAN, VINCENT CARR, | ) |
| and CHRISTOPHER MOEN, | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] EXTENDING DISCOVERY DEADLINE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff Jarreau Ayers and Defendants Marc Richman and Vincent Carr subject to the approval of the Court, that the time within which fact discovery shall be completed is extended 30 days from date of Court Order to depose Plaintiff, Jarreau Ayers pursuant to FRCP 30(a)(2)(b), which is filed simultaneously with this stipulation

Dated: May 14, 2025                                                         Respectfully submitted,

*/s/Colleen E. Durkin*                                                       */s/Daniel A. Griffith*
Colleen E. Durkin, Esq. (DE #5886)                          Daniel A. Griffith, Esq. (DE #4209)
**STATE OF DELAWARE**                                            **WHITEFORD TAYLOR PRESTON LLC**
**DEPARTMENT OF JUSTICE**                                    Courthouse Square
Deputy Attorney General                                              600 King Street, Suite 300
Carvel State Office Building                                          Wilmington, DE 19801
820 N. French Street, 6th Floor                                   Telephone: (302) 357-3524
Wilmington, DE 19801                                                  dgriffith@wtplaw.com
Telephone: 302-577-8400                                            *Attorneys for Plaintiff.*
colleen.durkin@delaware.gov
*Attorney for Defendants.*

SO ORDERED, this  15th  day of  May , 2025

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE