# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JARREAU A. AYERS, | ) |
|       Plaintiff, | ) ) ) |
|       v. | ) C.A. No.: 19-1738-JLH ) ) |
| MARC RICHMAN, VINCENT CARR, and CHRISTOPHER MOEN, | ) ) ) |
|       Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF TO ATTEND TELEPHONIC MEDIATION

WHEREAS, Plaintiff, Jarreau Ayers, is presently incarcerated by the State of Delaware, Department of Correction, and housed at State Correctional Institute – Phoenix in Montgomery County, Pennsylvania ("SCI – Phoenix"); and

WHEREAS, the parties have agreed to a 2-hour private mediation before Yvonne Saville, Esquire, to take place on July 28, 2025 at 1:00 p.m.; and

WHEREAS, it is necessary and essential for purposes of the mediation that Plaintiff, Jarreau Ayers, be available by phone during the mediation;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff Jarreau Ayers and Defendants Marc Richman and Vincent Carr subject to the approval of the Court, that SCI – Phoenix shall grant Plaintiff, Jarreau Ayers, access to a phone between 1:00 p.m. and 3:00 p.m. on July 28, 2025 for purposes of attending the scheduled mediation.

Dated: July 17, 2025                                  Respectfully submitted,

| | |
|---|---|
| */s/ Colleen E. Durkin* | */s/ Daniel A. Griffith* |
| Colleen E. Durkin, Esq. (DE #5886) | Daniel A. Griffith, Esq. (DE #4209) |
| **STATE OF DELAWARE** | **WHITEFORD TAYLOR PRESTON LLC** |
| **DEPARTMENT OF JUSTICE** | Courthouse Square |
| Deputy Attorney General | 600 King Street, Suite 300 |
| Carvel State Office Building | Wilmington, DE 19801 |
| 820 N. French Street, 6th Floor | Telephone: (302) 357-3524 |
| Wilmington, DE 19801 | dgriffith@wtplaw.com |

1618759500.1

Telephone: 302-577-8400
colleen.durkin@delaware.gov
*Attorney for Defendants.*

*Attorneys for Plaintiff.*

SO ORDERED, this __18th__ day of ____July____, 2025

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE

1618759500.1