**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JARREAU A. AYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 19-1738-JLH |
| v. ) | |
| ) | |
| MARC RICHMAN, VINCENT CARR, ) | |
| and CHRISTOPHER MOEN, ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

**IT IS SO ORDERED** this  18th  day of  August  , 2025, that counsel for Defendants Marc Richman and Vincent Carr is hereby granted an extension to file her response to Plaintiff's Motion for Summary Judgment. Defendant shall file the Response Brief by August 27, 2025.

_____
The Honorable Jennifer L. Hall
United States District Judge